IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 3:11-2064 |
| | ) | |
| vs. | ) | |
| | ) | |
| WALTER LEON WILLIAMS | ) | |
| | ) | |

PRELIMINARY ORDER OF FORFEITURE
AS TO WALTER LEON WILLIAMS

1. On February 22, 2012, a federal grand jury in this district returned a multi-count Second Superseding Indictment charging the Defendant, Walter Leon Williams ("Williams", "Defendant"), with various offenses related to drug trafficking, in violation of 21 U.S.C. §§ 841 and 846.

2. The Second Superseding Indictment provided that upon Williams' conviction, certain property enumerated therein, or equivalent substitute assets, would be subject to forfeiture to the United States pursuant to 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c). The forfeitable property is identified as follows:

Firearms/Ammunition

(a) Glock Model 32 .357 caliber pistol
Serial# FAK779US
Asset ID: 12-FBI-001308

(b) Taurus .357 caliber Model 650SS2 revolver
Serial # YC65051
Asset ID: 12-FBI-001308

(c) Taurus .38 Model 80 caliber revolver
Serial # 738524
Asset ID: 12-FBI-001308

(d)     Smith and Wesson M&P 15 AR-15
        Serial# SW11202
        Asset ID: 12-FBI-001308

(e)     Rossi .38 caliber revolver
        Serial # D603445
        Asset ID: 12-FBI-001308

(f)     Charter Arms, Model Pathfinder, .22 revolver caliber
        Serial# 93545
        Asset ID: 12-FBI-001308

(g)     Smith and Wesson Model 4046 .40 caliber pistol
        Serial# TYP4492
        Asset ID: 12-FBI-001308

(h)     82 rounds of .357 Magnum caliber ammunition
        Asset ID: 12-FBI-001308

(I)     10 rounds of 5.56mm caliber ammunition
        Asset ID: 12-FBI-001308

(j)     23 rounds of .40 caliber ammunition
        Asset ID: 12-FBI-001308

(k)     19 rounds of 9mm caliber ammunition
        Asset ID: 12-FBI-001308

(l)     44 rounds of .357SIG caliber ammunition
        Asset ID: 12-FBI-001308

(m)     19 rounds of .38 caliber ammunition
        Asset ID: 12-FBI-001308

(n)     8 rounds of .32 caliber ammunition
        Asset ID: 12-FBI-001308

(o)     (3) 410 gauge shotgun shells
        Asset ID: 12-FBI-001308

(p)     (1) 20 gauge shotgun shell
        Asset ID: 12-FBI-001308

3. On May 7, 2012, Williams pled guilty to Count 14 of the Second Superseding Indictment, charging him with possession with the intent to distribute and distribution of 500 grams or less of cocaine, in violation of 21 U.S.C. § 841.

4. Based upon Williams' conviction, and other matters appearing in the record, the court has determined that the below-described property is subject to forfeiture, in that such property was derived from illegal drug proceeds and/or was used or intended to be used to facilitate the transportation, sale, receipt, possession, and/or concealment of controlled substances. The court finds that Williams has an interest in such property, and that the property is subject to forfeiture to the United States pursuant to 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c).

5. The court has further determined that the government has established the requisite nexus between the said property subject to forfeiture and the offense for which Williams has been convicted; therefore, pursuant to 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), the property shall be forfeited to the United States, subject to the provisions of 21 U.S.C. § 853(n) governing third party rights.

6. The court further finds that the United States is entitled to a judgment of forfeiture and possession of the property pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED:

1. The below described property, and all right, title and interest of the Defendant, Walter Leon Williams, in and to the following property, is hereby forfeited to the United States of America for disposition in accordance with law, subject to the provisions of 21 U.S.C. § 853(n):

Firearms/Ammunition

(a)   Glock Model 32 .357 caliber pistol
      Serial# FAK779US
      Asset ID: 12-FBI-001308

(b)   Taurus .357 caliber Model 650SS2 revolver
      Serial # YC65051
      Asset ID: 12-FBI-001308

(c)   Taurus .38 Model 80 caliber revolver
      Serial # 738524
      Asset ID: 12-FBI-001308

(d)   Smith and Wesson M&P 15 AR-15
      Serial# SW11202
      Asset ID: 12-FBI-001308

(e)   Rossi .38 caliber revolver
      Serial # D603445
      Asset ID: 12-FBI-001308

(f)   Charter Arms, Model Pathfinder, .22 revolver caliber
      Serial# 93545
      Asset ID: 12-FBI-001308

(g)   Smith and Wesson Model 4046 .40 caliber pistol
      Serial# TYP4492
      Asset ID: 12-FBI-001308

(h)   82 rounds of .357 Magnum caliber ammunition
      Asset ID: 12-FBI-001308

(I)   10 rounds of 5.56mm caliber ammunition
      Asset ID: 12-FBI-001308

(j)   23 rounds of .40 caliber ammunition
      Asset ID: 12-FBI-001308

(k)   19 rounds of 9mm caliber ammunition
      Asset ID: 12-FBI-001308

(l)   44 rounds of .357SIG caliber ammunition
      Asset ID: 12-FBI-001308

(m) 19 rounds of .38 caliber ammunition
Asset ID: 12-FBI-001308

(n) 8 rounds of .32 caliber ammunition
Asset ID: 12-FBI-001308

(o) (3) 410 gauge shotgun shells
Asset ID: 12-FBI-001308

(p) (1) 20 gauge shotgun shell
Asset ID: 12-FBI-001308

2. Upon entry, this order becomes final as to Williams, and shall be made a part of his sentence and included in the criminal judgment;

3. The United States shall publish notice of this Order and its intent to dispose of the property in such manner as the Attorney General may direct. The United States may also, to the extent practicable, provide written notice to any person known to have an alleged interest in the said property;

4. Upon entry of this Order, the United States Marshal's Service or their designee is authorized to seize the above-described forfeited property as directed by the United States Attorney's Office and to commence proceedings that comply with statutes governing third party rights;

5. Any person, other than the named Defendant, asserting a legal interest in the subject property may, within thirty days of the final publication of notice or receipt of notice, whichever is earlier, petition the court for a hearing without a jury to adjudicate the validity of his alleged interest in the subject property and for an amendment of the order of forfeiture, pursuant to 21 U.S.C. § 853(n)(6) and Fed. R. Crim. P. 32.2(c);

6. Any petition filed by a third party asserting an interest in the above-described property shall be signed by the petitioner under penalty of perjury and shall

set forth the nature and extent of the petitioner's right, title, or interest in the subject property, the time and circumstances of the petitioner's acquisition of the right, title or interest in such property, and additional facts supporting the petitioner's claim and the relief sought;

7. After the disposition of any motion filed under Fed. R. Crim. P. 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues;

8. The United States shall have clear title to the property following the court's determination of all third party interests, or, if no petitions are filed, following the expiration of the period provided in 21 U.S.C. § 853(n)(2) for the filing of third party petitions;

9. The court shall retain jurisdiction to resolve disputes which may arise and to enforce and amend this Order as necessary, pursuant to Fed. R. Crim. P. 32.2(e);

10. The Clerk, U.S. District Court, shall provide one (1) certified copy of this Order to the United States Attorney's Office.

IT IS SO ORDERED.

August 1, 2012  
Columbia, South Carolina

*Joseph F. Anderson, Jr.*  
Joseph F. Anderson, Jr.  
United States District Judge